UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES M. LILEY, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-cv-01326-SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Federal prisoner Charles M. Liley, III initiated this civil action with a self-represented filing titled "Notice of Constitutional Challenge to 18 U.S.C. §§2251 [and] 2252A Pursuant to Rule 5.1 and Motion to Declare Statutes Unconstitutional." [Doc. 1]. Based on Plaintiff's status as a convicted federal prisoner, his constitutional challenge of a federal criminal statute, and his requested relief to vacate his conviction and dismiss the charges brought against him, this filing was construed as a Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. Now before the Court is Plaintiff's "Motion Clarifying that Constitutional Challenge is not a Motion under 28 U.S.C. §2255 and Seeking Relief Pursuant to Fed. R. Crim. P. 5.1." [Doc. 2]. In this motion, Plaintiff asks the Court to recognize that he is not seeking relief under § 2255, certify his constitutional question to the Attorney General, and preserve his rights under Supreme Court precedent. [*Id.* at 4].

Plaintiff's motion will be granted in part and denied in part. The Court recognizes that Plaintiff does not wish to seek relief under 28 U.S.C. § 2255 in filing this suit. However, Plaintiff's initial filing is defective as a complaint initiating a civil action because it was not drafted on a Court form as required by the Local Rules. *See* E.D. Mo. L.R. 2.06(A) ("All actions

brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable. If an action is not filed on a Court-provided form, the Court, in its discretion, may order the self-represented plaintiff or petitioner to file the action on a Court-provided form."). In addition, Plaintiff has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis.").

As such, the Clerk of Court will be directed to mail Plaintiff the Court's 'Civil Complaint' form and 'Application to Proceed in District Court without Prepaying Fees or Costs' form. Plaintiff is warned that the filing of an amended complaint completely replaces the original complaint and all previously filed pleadings, so Plaintiff must include every claim he wishes to pursue in the amended complaint. *See, e.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005).

If Plaintiff fails to file an amended complaint on the Court-provided form and either pay the full filing fee or file a motion to proceed without prepayment, within thirty (30) days of the date of this Order, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion [Doc. 2] is **GRANTED in part and DENIED in part**. Plaintiff should clarify his claims in the filing of an amended complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Plaintiff copies of the Court's 'Civil Complaint' form and 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Plaintiff shall file an amended complaint on the Court-provided form.

**IT IS FINALLY ORDERED** that, within **thirty (30) days** of the date of this Order, Plaintiff shall either pay the filing fee or submit a motion to proceed *in forma pauperis* on the Court-provided form.  If Plaintiff files a motion to proceed *in forma pauperis*, he shall also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of the complaint.

**Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.**

Dated this 4th day of February, 2026.

                                                STEPHEN N. LIMBAUGH, JR.
                                                SENIOR UNITED STATES DISTRICT JUDGE